# Court of Appeals
# of the State of Georgia

ATLANTA,    August 28, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2117. SHEA BELCHER v. THE STATE.**

Shea Belcher pled guilty to armed robbery and simple kidnapping in 2006. We affirmed Belcher's convictions in an unpublished opinion. See *Belcher v. State*, Case No. A11A2138, decided June 18, 2012. Belcher filed a motion to correct void sentence, which the trial court denied on April 9, 2013. In Case No. A13A2039, Belcher appealed from the trial court's order. On July 9, 2013, we dismissed Belcher's appeal for failure to raise a colorable claim that his sentence was void.

In the instant case, Belcher appeals from the same order, raising the same argument that the indictment was invalid because he waived the right to a grand jury indictment. Belcher is not entitled to pursue a second appeal of an order that has previously been appealed. See generally *South Georgia Medical Center v. Washington*, 269 Ga. 366, 367 (497 SE2d 793) (1998) (an appellate ruling in a case is binding in all subsequent proceedings). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/28/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*